for petitioner. *Mr. Benjamin Albert Greathouse* for respondent.

No. 1045. First National Benefit Society *v.* Stuart, Collector of Internal Revenue. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Allan K. Perry* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., and Messrs. Sewall Key, Samuel H. Levy, and Paul R. Russell* for respondent.

No. 1046. Durable Toy & Novelty Corp. *v.* J. Chein & Co., Inc., et al. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John P. Chandler* for petitioner.

No. 1049. Nikolas et al. *v.* Witter. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter E. Wiles and Harry G. Hershenson* for petitioners. *Mr. Hymen S. Gratch* for respondent.

No. 1050. Order of United Commercial Travelers *v.* Moore. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry L. Greene and E. W. Dillon* for petitioner. *Mr. Welborn B. Cody* for respondent.

No. 1054. Greco *v.* United States. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic. M. P.*

*Pearse* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1070. GUYTON *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Mack Taylor* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 1015. SMITH *v.* LOUISIANA & ARKANSAS RAILWAY Co. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BLACK is of opinion that certiorari should be granted. *Messrs. Wils Davis* and *W. S. Atkins* for petitioner. *Mr. A. L. Burford* for respondent.

No. 1069. KUSHNER *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Samuel M. Ostroff* and *Herman Mendes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1081. ARNOLD *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Maury Hughes* for petitioner.